No. 71–6256. ALERS v. SUPERIOR COURT OF PUERTO RICO. Appeal from Sup. Ct. P. R. dismissed for want of substantial federal question.

No. 71–1094. CROWDER v. GEORGIA ET AL. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■

No. 71–6372. CLEARY v. DISTRICT OF COLUMBIA. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would postpone consideration of question of jurisdiction to hearing of case on the merits.

No. 71–5515. METCALF ET AL. v. SWANK, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. C. A. 7th Cir. Motion for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Carter v. Stanton, 405 U. S. 669. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this case. ■

No. A–1105. FORTSON, SECRETARY OF STATE OF GEORGIA v. MILLICAN. D. C. N. D. Ga. Motion of appellee to vacate stay order of this Court dated April 21, 1972 [ante, p. 901], denied.

No. A–1165. IN RE DISBARMENT OF MORTON. It is ordered that William M. Morton, Jr., of St. Joseph, Missouri, be suspended from the practice of law in this Court and that a rule to show cause issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.